# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MICHAEL G. MOE,**

    Plaintiffs,

  -vs-

**CITY OF LOGAN, et. al.,**

    Defendants.

**CASE NO. 2:16-cv-00654**

Judge Watson

Magistrate Judge Deavers

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes the Plaintiff, Michael G. Moe, by and through his attorney, to give notice of voluntary dismissal of the above captioned matter, with prejudice, under Civil Rule 41(A) of the Federal Rules of Civil Procedure.

Respectfully submitted,

F. HARRISON GREEN CO., L.P.A.

    /s/ *F. Harrison Green*
F. Harrison Green
Attorney for Plaintiff
Ohio Supreme Court Reg. #0039234
Executive Park, Suite 230
4015 Executive Park Drive
Cincinnati, Ohio 45241
Tel. (513) 769-0840
Fax (513) 563-2953
Email: fhgreen@fuse.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 8th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John T. McLandrich, Esq.
Mazanec, Raskin & Ryder Co., LPA
100 Frankin's Row
34305 Solon Road
Cleveland, OH 44139
jmclandrich@mrrlaw.com

Michael S. Loughry, Esq.
Mazanec, Raskin & Ryder Co., LPA
175 South Third Street, Suite 1000
Columbus, OH 43215
mloughry@mrrlaw.com

                                                                         /s/ *F. Harrison Green*
                                                                         F. Harrison Green
                                                                         *Attorney for Plaintiff*